## A. M. LONG v. STATE.

No. A-7040. Opinion Filed September 21, 1929.
(280 Pac. 1117.)

E. D. Ellis and J. H. Warren, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of removing distrained stock, and was sentenced to pay a fine of $50. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.